No. 73–5121. BANKSTON *v.* SALCINES ET AL. D. C. M. D. Fla. Motion for leave to file petition for writ of certiorari denied.

No. 73–5392. KOCHEL *v.* UNITED STATES;

No. 73–5419. WION *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL.; and

No. 73–5465. HIGHTOWER *v.* MICHIGAN ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 73–368. HERNANDEZ *v.* BROWN, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL.;

No. 73–5365. MAGEE *v.* NELSON, WARDEN, ET AL.; and

No. 73–5379. O'CLAIR *v.* EDENFIELD, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 72–1613. HUFFMAN ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO ET AL.; and

No. 73–5486. O'CLAIR *v.* FREEMAN, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus and/or prohibition denied.

No. 73–328. LEHMAN *v.* CITY OF SHAKER HEIGHTS ET AL. Sup. Ct. Ohio. Certiorari granted.

No. 72–1388. SELENBERG *v.* LOUISIANA STATE BAR ASSN. Sup. Ct. La. Certiorari denied.